| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cuba Tropical Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **00-0000128** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**455 Claremont Parkway**<br>**Bronx, NY**<br>ZIPCODE **10457** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1–49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Cuba Tropical Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)                      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Cuba Tropical Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *Neal M. Rosenbloom* (signature)
Signature of Attorney for Debtor(s)

**Neal M. Rosenbloom Esq.**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY  10036**
**(212) 221-5700  Fax: (212) 422-6836**
**nrosenbloom@gwfglaw.com**

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Omar Duarte* (signature)
Signature of Authorized Individual

**Omar Duarte**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**January 10, 2011**
Date

© 1993–2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                               :         Chapter 7

                                         :

CUBA TROPICAL INC.              :         Case No.

                 Debtor.         :
-------------------------------------------------------X

## CORPORATE RESOLUTION

At a special meeting of the directors of (the "Corporation") held on January ~~4~~ ,

2011, and upon due consent and after motion duly made, seconded and unanimously carried, it is

hereby:

> **RESOLVED**, that the Corporation is authorized and empowered to cause the filing of a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court in the Southern District of New York, and that the same is in the best interests of the Corporation and its creditors and equity holders; and it is further

> **RESOLVED**, that the Corporation is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel to represent the Corporation in connection with the purposes of proceeding with prosecution of the Chapter 7 case.

Dated: January _11_ , 2011

                                 CUBA TROPICAL, INC.

                                 By: _____
                                      Name: Omar Duarte
                                      Title: Vice President

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CUBA TROPICAL INC. | : | Case No. |
| Debtor. | : | |

----------------------------------------------------------X

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Cuba Tropical Inc. (the "Debtor"), certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Executed on January _11_, 2011

CUBA TROPICAL, INC.

By: _____
Name: Omar Duarte
Title: Vice President

## United States Bankruptcy Court
## Southern District of New York

IN RE:                                                    Case No.

**Cuba Tropical Inc.**                                    Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | S 1,081,518.39 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 59,062.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 2,112,758.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 1,081,518.39 | $ 2,171,820.62 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cuba Tropical Inc.** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Cuba Tropical Inc.</u>          Case No. _____
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Accounts:**<br>**Banco Popular, N.A.**<br>**New York, NY 10002**<br>**Checking Acct No. 9200004377**<br><br>**Checking Acct No. 9200010366**<br>**Checking Acct No. 9200010514** | | 547.17<br><br><br><br>2,099.40<br>748.71 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit - Gostan Realty Corp. (Landlord)** | | 75,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

IN RE **Cuba Tropical Inc.** _____ Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Invoices on premises** | | 666,123.11 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Schedule (approx)** | | 37,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Schedule (approx)** | | 175,000.00 |
| 30. Inventory. | | **On premise (approx)** | | 125,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

## SCHEDULE B

### List of Personal Property

| Item | Location | Value | |
|------|----------|-------|---|
| **Office Equipment, Furnishing and Supplies** | | | |
| Security System | on premise | $10,000.00 | |
| Furniture & Fixtures | on premise | $5,000.00 | |
| Computer (6) & Software Server (1) | on premise | $10,000.00 $5,000.00 | |
| Printers (4) & Fax (1) | on premise | $4,000.00 | |
| Telephones | on premise | $3,000.00 | |
| **Subtotal** | | | **$37,000.00** |
| **Machinery, Fixtures, Equipment, Supplies Used in Business** | | | |
| Pallet Racks | on premise | $50,000.00 | |
| Refrigeration | on premise | $50,000.00 | |
| Freezer | on premise | $30,000.00 | |
| Ripening Room | on premise | $30,000.00 | |
| Forklift (2) & Pallet Jacks (4) | on premise | $15,000.00 | |
| **Subtotal** | | | **$175,000.00** |

IN RE <u>Cuba Tropical Inc.</u>        Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 1,081,518.39 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____0 continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

IN RE **Cuba Tropical Inc.**                                    Case No. _____
   _____                                    (If known)
            Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Cuba Tropical Inc.**                                      Case No. _____
　　　　　　　　　Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

　__0__ continuation sheets attached

IN RE **Cuba Tropical Inc.**                Case No. _____
          Debtor(s)                                             (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.
               Debtor(s)

Case No. _____
            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hereiu Welfare Fund** <br> **711 N. Commons Drive** <br> **Aurora, IL  60504** | | | | | | | 56,089.44 | 56,089.44 | |
| ACCOUNT NO. <br> **National Retirement Fund - Local 100** <br> **6 Blackstone Valley Pl., Suite 302** <br> **Lincoln, RI  02865** | | | | | | | 2,973.13 | 2,973.13 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ **59,062.57** | $ **59,062.57**   $ |
| Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $   $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                                    Case No. _____

Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**10 Metro Tech Center**<br>**625 Fulton Street**<br>**Brooklyn, NY 11201** | | | | X | X | X | **unknown** | | |
| ACCOUNT NO.<br>**NYC Dept. Of Finance**<br>**Attn: Legal Affairs**<br>**345 Adams Street, 3rd Floor**<br>**Brooklyn, NY 11201** | | | | X | X | X | **unknown** | | |
| ACCOUNT NO.<br>**NYS Dept. Of Taxation & Finance**<br>**Bankruptcy/Special Procedure**<br>**Bldg. 8, Harriman Campus**<br>**Albany, NY 12227** | | | | X | X | X | **unknown** | | |
| ACCOUNT NO.<br>**NYS Unemployment Insurance Fund**<br>**P.O. Box 551**<br>**Albany, NY 12201** | | | | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **59,062.57** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **59,062.57** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE Cuba Tropical Inc.**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**458 1/2 South Broadway Meats**<br>**458 1/2 South Broadway**<br>**Yonkers, NY 10705** | | | | | | | 7,721.00 |
| ACCOUNT NO.<br><br>**ABC Trading Inc.**<br>**1285 Hempstead Turnpike**<br>**Elmont, NY 11003** | | | | | | | 3,730.00 |
| ACCOUNT NO.<br><br>**Action Carting**<br>**451 Frelinghuysen Avenue**<br>**Newark, NJ 07114** | | | | | | | 4,798.82 |
| ACCOUNT NO.<br><br>**Agrosun**<br>**700 Whittier Street**<br>**Bronx, NY 10474** | | | | | | | 1,020.00 |

**16** continuation sheets attached

Subtotal
(Total of this page)   $ 17,269.82

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                                          Case No. _____
              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**All Foods Inc. Distributors**<br>**519 Commack Road**<br>**Deer Park, NY 11729** | | | | | | | 16,151.45 |
| ACCOUNT NO.<br>**Amaro Enterprises Corp.**<br>**2011 8th Street**<br>**North Bergen, NJ 07047** | | | | | | | 619.98 |
| ACCOUNT NO.<br>**American Collection Bureau**<br>**1100 Main Street**<br>**Buffalo, NY 14209** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ariza Cheese Co., Inc.**<br>**7602 Jackson Street**<br>**Paramount, CA 90723** | | | | | | | 7,873.73 |
| ACCOUNT NO.<br>**Associated Produce LLC**<br>**350 Casanova Street**<br>**Bronx, NY 10474** | | | | | | | 8,060.00 |
| ACCOUNT NO.<br>**Atlantic Tropical Market Inc.**<br>**729 Clinton Street**<br>**Hoboken, NJ 07030** | | | | | | | 4,612.50 |
| ACCOUNT NO.<br>**Avaya Inc.**<br>**PO Box 5332**<br>**New York, NY 10087** | | | | | | | 694.89 |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 38,012.55

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                                          Case No. _____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Azteca Milling Goldman Evans & Tramwell LLC 10323 Cross Creek Boulevard Tampa, FL 33647 | | | | | | | 381,997.27 |
| **ACCOUNT NO.** Banacol Marketing Corporation 355 Alhambra Circle, Suite 1510 Coral Gables, FL 33134 | | | | | | | 56,790.20 |
| **ACCOUNT NO.** Berkshire 301 Walnut Street Yonkers, NY 10701 | | | | | | | 106.62 |
| **ACCOUNT NO.** Bijol & Spices Inc. 2154 NW 22nd Ct. Miami, FL 33142 | | | | | | | 17,348.00 |
| **ACCOUNT NO.** Broadway Premium Funding 1747-22 Veterans Highway Islandia, NY 11749 | | | | | | | 5,766.74 |
| **ACCOUNT NO.** Broadway Time 64-06 Flushing Avenue Maspeth, NY 11378 | | | | | | | 244.96 |
| **ACCOUNT NO.** Brooks Tropicals PO Box 900160 Homestead, FL 33090 | | | | | | | 9,150.00 |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 471,403.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

IN RE Cuba Tropical Inc.                                         Case No. _____
_____
          Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. .<br>Buffalo Provisions Co., Inc.<br>223 East 138th Street<br>Bronx, NY 10451 | | | | | | | 1,930.00 |
| ACCOUNT NO. .<br>Cablevision<br>1111 Stewart Avenue<br>Bethpage, NY 11714 | | | | | | | 74.90 |
| ACCOUNT NO. .<br>Cafe Bustelo<br>60 Page Road<br>Clifton, NJ 07012 | | | | | | | 7,087.60 |
| ACCOUNT NO. .<br>CanJam Trading Limited<br>60 Payzant Avenue<br>Dartmouth, NS B3B 1Z6 | | | | | | | 3,650.00 |
| ACCOUNT NO. .<br>Carribean Wholesale Cola Lacaye<br>959 South Orange Avenue<br>East Orange, NJ 07018 | | | | | | | 2,976.00 |
| ACCOUNT NO. .<br>Central Island Juice Corp.<br>C/O Wolf Haldenstein Adler Freeman &Herz<br>270 Madison Avenue<br>New York, NY 10016 | | | | | | | 1,411.20 |
| ACCOUNT NO. .<br>Chichi's Produce Imports, Inc.<br>540 Bryant Avenue<br>Bronx, NY 10470 | | | | | | | 5,290.00 |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,419.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cuba Tropical Inc.**           Case No. _____
Debtor(s)
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Circus Fruit Wholesale** <br>**145 Hamilton Avenue** <br>**Brooklyn, NY 11231** | | | | | | | 7,350.00 |
| ACCOUNT NO. <br><br>**Con Edison** <br>**JAF Station** <br>**PO Box 1702** <br>**New York, NY 10011** | | | | | | | 8,306.93 |
| ACCOUNT NO. <br><br>**Condal Distributors Inc.** <br>**531 Dupont Street** <br>**Bronx, NY 10474** | | | | | | | 4,938.60 |
| ACCOUNT NO. <br><br>**Cyn-Chris Imports** <br>**423-431 W. 203rd Street** <br>**New York, NY 10034** | | | | | | | 3,975.75 |
| ACCOUNT NO. <br><br>**Delicias Andinas Food Corp.** <br>**57-50 Maspeth Avenue** <br>**Maspeth, NY 11378** | | | | | | | 216.30 |
| ACCOUNT NO. <br><br>**Deluxe For Business** <br>**PO Box 88042** <br>**Chicago, IL 60680** | | | | | | | 296.59 |
| ACCOUNT NO. <br><br>**Dinas Corp.** <br>**104-46 Dunkirk Street** <br>**Jamaica, NY 11412** | | | | | | | 2,478.15 |

Sheet no.   **4** of   **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **27,562.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                                    Case No. _____
_____                                          _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Discos Pepe Corporation 415 63rd Street West New York, NJ 07093 | | | | | | | 18,780.00 |
| ACCOUNT NO. | | | | | | | |
| Dunbar 50 Schilling Road Hunt Valley, MD 21031 | | | | | | | 2,912.13 |
| ACCOUNT NO. | | | | | | | |
| Eagle Spice & Extract Co., Inc. 910-912 Shepherd Avenue Brooklyn, NY 11208 | | | | | | | 2,983.00 |
| ACCOUNT NO. | | | | | | | |
| Eastern Sea Products Ltd. 6436 Quinpool Road Halifax, NS B3L 1A8 | | | | | | | 1,282.50 |
| ACCOUNT NO. | | | | | | | |
| Eat It Corp. 4002 2nd Avenue Brooklyn, NY 11232 | | | | | | | 4,590.86 |
| ACCOUNT NO. | | | | | | | |
| El Viajero Cheese 111 Leunig Street South Hackensack, NJ 07606 | | | | | | | 2,410.44 |
| ACCOUNT NO. | | | | | | | |
| Emma Foods 509 Cliff Street Fairview, NJ 07022 | | | | | | | 585.00 |

Sheet no. **5** of **16** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 33,543.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                        Case No. _____
_____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Empire Blue Cross Blue Shield**<br>PO Box 11744<br>Newark, NJ 07101 | | | | | | | 8,243.03 |
| **ACCOUNT NO.**<br>**Experienced Exterminator LLC**<br>PO Box 660554<br>Bronx, NY 10466 | | | | | | | 740.00 |
| **ACCOUNT NO.**<br>**Export Meat Packers**<br>PO Box 181<br>Bayonne, NJ 07002 | | | | | | | 1,573.20 |
| **ACCOUNT NO.**<br>**Family Foods Distributors Inc.**<br>969 Newark Turnpike, Unit D<br>Kearney, NJ 07032 | | | | | | | 7,142.25 |
| **ACCOUNT NO.**<br>**Federal Express**<br>PO Box 371461<br>Pittsburgh, PA 15250 | | | | | | | 631.38 |
| **ACCOUNT NO.**<br>**Food Services RPG, Inc.**<br>C/O M&F Insurance Agency<br>7724 Bergenline Avenue<br>North Bergen, NJ 07087 | | | | | | | 5,073.05 |
| **ACCOUNT NO.**<br>**FP Mailing**<br>140 North Mitchell Court<br>Edison, IL 60101 | | | | | | | 84.76 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **23,487.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Cuba Tropical Inc.**          Case No. _____

Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Future Foil**<br>**295 Governor Street**<br>**Paterson, NJ 07501** | | | | | | | 5,265.75 |
| ACCOUNT NO.<br><br>**Genao Grocery**<br>**3829 N. 9th Street**<br>**Philadelphia, PA 19140** | | | | | | | 1,600.00 |
| ACCOUNT NO.<br><br>**Good O Beverage Company**<br>**117-02 15th Avenue**<br>**College Point, NY 11356** | | | | | | | 2,299.40 |
| ACCOUNT NO.<br><br>**Gostan Realty Corp.**<br>**432 Claremont Parkway**<br>**Bronx, NY 10457** | | | | | | | 80,128.92 |
| ACCOUNT NO.<br><br>**Goya Foods Inc.**<br>**100 Seaview Drive**<br>**Secaucus, NJ 07094** | | | | | | | 6,206.40 |
| ACCOUNT NO.<br><br>**Gurum Corp./Jay Global**<br>**1365 Lafayette Avenue**<br>**Bronx, NY 10474** | | | | | | | 55,922.00 |
| ACCOUNT NO.<br><br>**Haran Print Media Solutions**<br>**280 Madison Avenue**<br>**New York, NY 10016** | | | | | | | 2,046.00 |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 153,468.47

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**IN RE Cuba Tropical Inc.**                                   Case No. _____
_____                                      _____
       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Heinsen Products, Inc.<br>PO Box 955<br>Bronx, NY 10455 | | | | | | | 930.00 |
| ACCOUNT NO.<br>Hemisphere Foods<br>17017 W. Dixie Hiway<br>North Miami Beach, FL 33160 | | | | | | | 8,044.00 |
| ACCOUNT NO.<br>Iberia Foods Corporation<br>1900 Linden Boulevard<br>Brooklyn, NY 11207 | | | | | | | 3,882.20 |
| ACCOUNT NO.<br>Italian Specialties/Fancy Foods<br>Building 8-12<br>Hunts Point Coop Market<br>Bronx, NY 10474 | | | | | | | 1,560.00 |
| ACCOUNT NO.<br>J&C Tropicals<br>PO Box 770190<br>Miami, FL 33177 | | | | | | | 40,740.00 |
| ACCOUNT NO.<br>J. Esposito & Sons<br>1328 39th Street<br>Brooklyn, NY 11218 | | | | | | | 1,184.00 |
| ACCOUNT NO.<br>JJJ Distributors<br>230 Marshal Street<br>Elizabeth, NJ 07206 | | | | | | | 6,989.32 |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 63,329.52

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.          Case No. _____

Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Justa Perez<br>50 64th Street<br>West New York, NJ 07093 | X | | | | | X | 418,697.15 |
| ACCOUNT NO.<br>La Centro Americana Corp.<br>29 Redington Street<br>Bayshore, NY 11706 | | | | | | | 4,908.70 |
| ACCOUNT NO.<br>La Escondida Inc.<br>129 Lake Street<br>Newburgh, NY 12550 | | | | | | | 13,930.00 |
| ACCOUNT NO.<br>La Flor Spices<br>25 Hoffman Avenue<br>Hauppauge, NY 11789 | | | | | | | 5,903.75 |
| ACCOUNT NO.<br>Latin American Dist. Inc.<br>100 Crows Mill Road<br>Keasbey, NJ 08832 | | | | | | | 3,230.46 |
| ACCOUNT NO.<br>Lili Ochoa Inc.<br>1802 SW 62nd Place<br>Miami, FL 33155 | | | | | | | 8,050.00 |
| ACCOUNT NO.<br>M&M Packaging Inc.<br>401 Pulaski Highway<br>Goshen, NY 10924 | | | | | | | 13,390.00 |

Sheet no. __9__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 468,110.06

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mary's Bakery<br>6813 Park Avenue | | | | | | | 489.60 |
| ACCOUNT NO.<br>Mayabeque Products Corp.<br>7424 Bergenline Avenue<br>North Bergen, NJ 07047 | | | | | | | 44,134.26 |
| ACCOUNT NO.<br>Mendon Truck Leasing<br>362 Kingsland Avenue<br>Brooklyn, NY 11222 | | | | | | | 22,287.06 |
| ACCOUNT NO.<br>MIC Food Division<br>8701 SW 137th Avenue<br>Miami, FL 33138 | | | | | | | 767.00 |
| ACCOUNT NO.<br>Milan Provision Co., Inc.<br>108-15 Roosevelt Avenue<br>Corona, NY 11368 | | | | | | | 1,410.95 |
| ACCOUNT NO.<br>Morning Fresh Inc.<br>1312-A Randall Avenue<br>Bronx, NY 10474 | | | | | | | 7,352.00 |
| ACCOUNT NO.<br>N.A.C. Corp.<br>235-239 Commercial Avenue<br>Palisades Park, NJ 07650 | | | | | | | 8,020.11 |

Sheet no. __10__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 84,460.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

(C) 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cuba Tropical Inc.                              Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> National Packing <br> 77 South Hackensack Avenue, Bldg. 99 <br> Kearny, NJ  07032 | | | | | | | 1,051.20 |
| ACCOUNT NO. <br> National Packing Corporation <br> 538 Craven Street <br> Bronx, NY  10474 | | | | | | | 1,972.58 |
| ACCOUNT NO. <br> Nelms Egg Depot <br> 1144 Bronx River Avenue <br> Bronx, NY  10472 | | | | | | | 744.00 |
| ACCOUNT NO. <br> Nico Mexican Foods Inc. <br> 4115 W. Ogden Avenue <br> Chicago, IL  60623 | | | | | | | 225,923.25 |
| ACCOUNT NO. <br> Novamex/Tipp Enterprises <br> 500 W. Overland, Suite 300 <br> El Paso, TX  79901 | | | | | | | 14,496.75 |
| ACCOUNT NO. <br> Office Products <br> 5 W. Cross Street, Suite L <br> Hawthorne, NY  10532 | | | | | | | 608.70 |
| ACCOUNT NO. <br> Old Europe Cheese Inc. <br> 1330 East Empire Avenue <br> Benton Harbor, MI  49022 | | | | | | | 2,756.35 |

Sheet no. __11__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 247,552.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.                                    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Palenque Meat Provisions, L.L.C. <br> 56 Loretta Street <br> Hopelawn, NJ 08861 | | | | | | | 128.00 |
| ACCOUNT NO. <br> Panamerican Foods Corp. <br> 183 Garfield Avenue <br> Kearny, NJ 07032 | | | | | | | 1,103.00 |
| ACCOUNT NO. <br> Plaut & Stern Select Food Service <br> 355 Food Center Drive, Building 9 <br> Bronx, NY 10474 | | | | | | | 1,254.91 |
| ACCOUNT NO. <br> R&T Produce Inc. <br> 571 Austin Place <br> Bronx,, NY 10455 | | | | | | | 4,740.00 |
| ACCOUNT NO. <br> R.S. Porter Co., Inc. <br> 611 Palisades Avenue <br> Cliffside Park, NJ 07010 | | | | | | | 19,425.00 |
| ACCOUNT NO. <br> Ricardo Duarte <br> 4 Vine Street <br> Englewood Cliffs, NJ 07632 | | | | | | | 255,351.01 |
| ACCOUNT NO. <br> Rico Foods Inc. <br> 527 East 18th Street <br> Paterson, NJ 07514 | | | | | | | 1,409.00 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 283,410.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Rojas International Corp. <br> PO Box 8073 <br> Stamford, CT 06905 | | | | | | | 1,043.00 |
| ACCOUNT NO. <br> Roos Foods, Inc. <br> 251 Roos Lane <br> Kenton, DE 19955 | | | | | | | 9,685.76 |
| ACCOUNT NO. <br> Sajoma Of Connecticut <br> 387 Jennings Avenue <br> Bridgeport, CT 06610 | | | | | | | 3,132.40 |
| ACCOUNT NO. <br> Sarah Nicolosi & Sons <br> Box 2063, Oldsman Creek Road <br> Woolwich Township, NJ 08085 | | | | | | | 1,650.00 |
| ACCOUNT NO. <br> Schrier Brothers Inc./R3 Distribution <br> 12765 Collections Center Drive <br> Chicago, IL 60693 | | | | | | | 8,213.65 |
| ACCOUNT NO. <br> Security Equipment <br> PO Box 1012 <br> Union City, NJ 07087 | | | | | | | 864.00 |
| ACCOUNT NO. <br> Sirob Imports Inc. <br> 21 Gear Avenue <br> Lindenhurst, NY 11757 | | | | | | | 440.00 |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,028.81

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.        Case No. _____
_____
Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sunterra Produce Traders Inc. <br> 40 Melinda Lane <br> Hewitt, NJ 07421 | | | | | | | 10,360.00 |
| ACCOUNT NO. <br> T&T Imports Inc. <br> 571 Austin Place <br> Bronx, NY 10455 | | | | | | | 7,293.50 |
| ACCOUNT NO. <br> T.J. Meier & Associates Inc. <br> 8540 Horseshoe Lane <br> Potomac, MD 20854 | | | | | | | 5,190.50 |
| ACCOUNT NO. <br> The Raymond-Hadley Corp. <br> 89 Tompkins Street <br> Spencer, NY 14883 | | | | | | | 7,042.11 |
| ACCOUNT NO. <br> Torteilleria Chinantla Inc. <br> 975 Grand Street <br> Brooklyn, NY 11211 | | | | | | | 2,816.00 |
| ACCOUNT NO. <br> Translatin SA <br> Ave. Primero De Mayo 1006 Y Santa Elena <br> Guayaquil, Equador, | | | | | | | 39,960.00 |
| ACCOUNT NO. <br> Triunfo Foods Corp. <br> 574 Ferry Street <br> Newark, NJ 07105 | | | | | | | 877.70 |

Sheet no. __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 73,539.81

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Cuba Tropical Inc.

Case No. _____

Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Tropical Cheese <br> 450 Fayette Street <br> Perth Amboy, NJ 08862 | | | | | | | 5,113.70 |
| ACCOUNT NO. <br> USA Tropical Inc. <br> 91-41 Lefferts Boulevard <br> Richmond Hill, NY 11418 | | | | | | | 16,870.00 |
| ACCOUNT NO. <br> Vasinee Food Corporation <br> 333 N. Henry Street <br> Brooklyn, NY 11222 | | | | | | | 7,760.00 |
| ACCOUNT NO. <br> Verizon <br> PO Box 15124 <br> Albany, NY 12212 | | | | | | | 747.97 |
| ACCOUNT NO. <br> Verizon Wireless <br> PO Box 408 <br> Newark, NJ 07101 | | | | | | | 530.17 |
| ACCOUNT NO. <br> Wells Fargo <br> 300 TriState International, Suite 400 <br> Lincolnshire, IL 60069 | | | | | | | 985.80 |
| ACCOUNT NO. <br> Wholesale & Retail Workers Compensation Trust Of New York C/O Safe LLC <br> 620 Erie Boulevard <br> Syracuse, NY 13204 | | | | | | X | 47,081.46 |

Sheet no. **15** of **16** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 79,089.10

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Cuba Tropical Inc.**                                             Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Wright Express Fleet Services PO Box 6293 Carol Stream, IL 60197** | | | | | | | 1,067.77 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,067.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,112,758.05**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Cuba Tropical Inc.</u>         Case No. _____
Debtor(s)                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Gostan Realty Corp.**<br>**432 Claremont Parkway**<br>**Bronx, NY  10457** | **Lessee**<br>**Commercial Lease**<br>**non-residential** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cuba Tropical Inc.**                                  Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Omar Duarte<br>231 Wood Turtle Run<br>Norwood, NJ 07650 | Justa Perez<br>50 64th Street<br>West New York, NJ 07093 |
| Ricardo Duarte<br>4 Vine Street<br>Englewood Cliffs, NJ 07632 | Justa Perez<br>50 64th Street<br>West New York, NJ 07093 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Cuba Tropical Inc.**                                                    Case No. _____
_____                                              _____
                    Debtor(s)                                                         (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                    Debtor

Date: _____        Signature: _____
                                                                            (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Cuba Tropical Inc.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 18, 2011**        Signature: _____*Omar Duarte*_____

                                             **Omar Duarte**
                                   _____
                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**            Case No. _____

**Cuba Tropical Inc.** _____ Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### 1. Income from employment or operation of business

☐ None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 29,281,441.00 | 2008 |
| 24,661,172.00 | 2009 |
| 10,874,611.00 | 2010 |

---

### 2. Income other than from employment or operation of business

☑ None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

☑ None

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐ preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS 0.00 | AMOUNT STILL OWING 0.00 |
| --- | --- | --- | --- |

☐
**Numerous payments made to creditors**

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☐ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID 0.00 | AMOUNT STILL OWING 0.00 |
| --- | --- | --- | --- |

☐
**Only ordinary salary payments**

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **D'Arrigo Bros Co. of N.Y., Inc. v. Debtor, et al. - 10 CV 6513** | | **United States District Court, Southern District of New York** | **Settled** |
| **Here International Union Welfare Fund v. Debtor - 10CV7101** | | **United States District Court N.D., Illinois** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☐ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

☐
**Bank accounts attached in 4(a)(1) above**

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☐ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Xerox Corp. Receivables Management Services 1315 Dearborn, 6th Floor Chicago, IL  60603** | **12/10** | **Copier $3,000.00** |

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

☐

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Goldberg Weprin Finkel Goldstein LLP**<br>**1501 Broadway, 22nd Floor**<br>**New York, NY 10036**<br>**Check No. 120066** | 12/9/2010 | 10,000.00 |

---

## 10. Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

☑

---

## 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 12. Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 13. Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

---

## 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.

☑

**15. Prior address of debtor**

☐ None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑  that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☐ None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑  Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

☐ None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑  potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

☐ None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑  the governmental unit to which the notice was sent and the date of the notice.

☐ None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☑  is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

☐ None  a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
☑  of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole
proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately
preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

☐ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within
six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than
5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed
in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six
years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the
signature page.)*

**19. Books, records and financial statements**

☐ None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐  keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**Mario E. Barquin, Accountant**          1/08-12/08

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4223 Bergen Turnpike**          1/09-12/09
**North Bergen, NJ 07047**      1/10-12/10

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS             DATES SERVICES RENDERED
**Mario E. Barquin, Accountant**      1/09-12/09
**4223 Bergen Turnpike**               1/10-12/10
**North Bergen, NJ 07047**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Mario E. Barquin, Accountant**
**4223 Bergen Turnpike**
**North Bergen, NJ 07047**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                 DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR      (Specify cost, market, or other basis)
12/31/2009                   **Omar Duarte**             **$1,381,228.00 (cost)**
**12/31/2008**                                            **$1,694,579.00 (cost)**

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY             NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
                                         **Mario E. Barquin, Accountant**
                                         **4223 Bergen Turnpike**
                                         **North Bergen, NJ 07047**

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                   NATURE AND PERCENTAGE
NAME AND ADDRESS             TITLE              OF STOCK OWNERSHIP
**Ricardo Duarte**             **President**         **52%**
**4 Vine Street**
**Englewood Cliffs, NJ**

**Omar Duarte**               **Vice President**      **48%**
**231 Wood Turtle Run**
**Norwood, NJ**

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **National Retirement Fund** | **13-2940128 - ER#530765** |
| **Herein Welfare Fund** | **13-2940128 - ER#530765** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 10, 2011**  Signature: *Omar Duarte*

**Omar Duarte, Vice President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                    Case No. .................................................

Cuba Tropical Inc. ................................................    Chapter **7** ................................................
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 10, 2011** .....................    Signature: *Omar Duarte*
                                                                              **Omar Duarte, Vice President**                          Debtor

Date: ................................................    Signature: ................................................
                                                                                                                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

458 1/2 South Broadway Meats
458 1/2 South Broadway
Yonkers, NY   10705


ABC Trading Inc.
1285 Hempstead Turnpike
Elmont, NY   11003


Action Carting
451 Frelinghuysen Avenue
Newark, NJ   07114


Agrosun
700 Whittier Street
Bronx, NY   10474


All Foods Inc. Distributors
519 Commack Road
Deer Park, NY   11729


Amaro Enterprises Corp.
2011 8th Street
North Bergen, NJ   07047


American Collection Bureau
1100 Main Street
Buffalo, NY   14209


Ariza Cheese Co., Inc.
7602 Jackson Street
Paramount, CA   90723


Associated Produce LLC
350 Casanova Street
Bronx, NY   10474

Buffalo Provisions Co., Inc.
223 East 138th Street
Bronx, NY  10451


Cablevision
1111 Stewart Avenue
Bethpage, NY  11714


Cafe Bustelo
60 Page Road
Clifton, NJ  07012


CanJam Trading Limited
60 Payzant Avenue
Dartmouth, NS  B3B 1Z6


Carribean Wholesale Cola Lacaye
959 South Orange Avenue
East Orange, NJ  07018


Central Island Juice Corp.
C/O Wolf Haldenstein Adler Freeman &Herz
270 Madison Avenue
New York, NY  10016


Chichi's Produce Imports, Inc.
540 Bryant Avenue
Bronx, NY  10470


Circus Fruit Wholesale
145 Hamilton Avenue
Brooklyn, NY  11231

Con Edison
JAF Station
PO Box 1702
New York, NY  10011


Condal Distributors Inc.
531 Dupont Street
Bronx, NY  10474


Cyn-Chris Imports
423-431 W. 203rd Street
New York, NY  10034


Delicias Andinas Food Corp.
57-50 Maspeth Avenue
Maspeth, NY  11378


Deluxe For Business
PO Box 88042
Chicago, IL  60680


Dinas Corp.
104-46 Dunkirk Street
Jamaica, NY  11412


Discos Pepe Corporation
415 63rd Street
West New York, NJ  07093


Dunbar
50 Schilling Road
Hunt Valley, MD  21031


Eagle Spice & Extract Co., Inc.
910-912 Shepherd Avenue
Brooklyn, NY  11208

```
Eastern Sea Products Ltd.
6436 Quinpool Road
Halifax, NS   B3L 1A8


Eat It Corp.
4002 2nd Avenue
Brooklyn, NY   11232


El Viajero Cheese
111 Leunig Street
South Hackensack, NJ   07606


Emma Foods
509 Cliff Street
Fairview, NJ   07022


Empire Blue Cross Blue Shield
PO Box 11744
Newark, NJ   07101


Experienced Exterminator LLC
PO Box 660554
Bronx, NY   10466


Export Meat Packers
PO Box 181
Bayonne, NJ   07002


Family Foods Distributors Inc.
969 Newark Turnpike, Unit D
Kearney, NJ   07032


Federal Express
PO Box 371461
Pittsburgh, PA   15250
```

Food Services RPG, Inc.
C/O M&F Insurance Agency
7724 Bergenline Avenue
North Bergen, NJ  07087


FP Mailing
140 North Mitchell Court
Edison, IL  60101


Future Foil
295 Governor Street
Paterson, NJ  07501


Genao Grocery
3829 N. 9th Street
Philadelphia, PA  19140


Good O Beverage Company
117-02 15th Avenue
College Point, NY  11356


Gostan Realty Corp.
432 Claremont Parkway
Bronx, NY  10457


Goya Foods Inc.
100 Seaview Drive
Secaucus, NJ  07094


Gurum Corp./Jay Global
1365 Lafayette Avenue
Bronx, NY  10474


Haran Print Media Solutions
280 Madison Avenue
New York, NY  10016

Heinsen Products, Inc.
PO Box 955
Bronx, NY  10455


Hemisphere Foods
17017 W. Dixie Hiway
North Miami Beach, FL  33160


Hereiu Welfare Fund
711 N. Commons Drive
Aurora, IL  60504


Iberia Foods Corporation
1900 Linden Boulevard
Brooklyn, NY  11207


Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY  11201


Italian Specialties/Fancy Foods
Building 8-12
Hunts Point Coop Market
Bronx, NY  10474


J&C Tropicals
PO Box 770190
Miami, FL  33177


J. Esposito & Sons
1328 39th Street
Brooklyn, NY  11218

```
JJJ  Distributors
230 Marshal Street
Elizabeth, NJ  07206


Justa Perez
50 64th Street
West New York, NJ  07093


La Centro Americana Corp.
29 Redington Street
Bayshore, NY  11706


La Escondida Inc.
129 Lake Street
Newburgh, NY  12550


La Flor Spices
25 Hoffman Avenue
Hauppauge, NY  11789


Latin American Dist. Inc.
100 Crows Mill Road
Keasbey, NJ  08832


Lili Ochoa Inc.
1802 SW 62nd Place
Miami, FL  33155


M&M Packaging Inc.
401 Pulaski Highway
Goshen, NY  10924


Mayabeque Products Corp.
7424 Bergenline Avenue
North Bergen, NJ  07047
```

Mendon Truck Leasing
362 Kingsland Avenue
Brooklyn, NY   11222


MIC Food Division
8701 SW 137th Avenue
Miami, FL   33138


Milan Provision Co., Inc.
108-15 Roosevelt Avenue
Corona, NY   11368


Morning Fresh Inc.
1312-A Randall Avenue
Bronx, NY   10474


N.A.C. Corp.
235-239 Commercial Avenue
Palisades Park, NJ   07650


National Packing
77 South Hackensack Avenue, Bldg. 99
Kearny, NJ   07032


National Packing Corporation
538 Craven Street
Bronx, NY   10474


National Retirement Fund - Local 100
6 Blackstone Valley Pl., Suite 302
Lincoln, RI   02865


Nelms Egg Depot
1144 Bronx River Avenue
Bronx, NY   10472

Nico Mexican Foods Inc.
4115 W. Ogden Avenue
Chicago, IL  60623


Novamex/Tipp Enterprises
500 W. Overland, Suite 300
El Paso, TX  79901


NYC Dept. Of Finance
Attn: Legal Affairs
345 Adams Street, 3rd Floor
Brooklyn, NY  11201


NYS Dept. Of Taxation & Finance
Bankruptcy/Special Procedure
Bldg. 8, Harriman Campus
Albany, NY  12227


NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY  12201


Office Products
5 W. Cross Street, Suite L
Hawthorne, NY  10532


Old Europe Cheese Inc.
1330 East Empire Avenue
Benton Harbor, MI  49022


Omar Duarte
231 Wood Turtle Run
Norwood, NJ  07650

Palenque Meat Provisions, L.L.C.
56 Loretta Street
Hopelawn, NJ  08861


Panamerican Foods Corp.
183 Garfield Avenue
Kearny, NJ  07032


Plaut & Stern Select Food Service
355 Food Center Drive, Building 9
Bronx, NY  10474


R&T Produce Inc.
571 Austin Place
Bronx,, NY  10455


R.S. Porter Co., Inc.
611 Palisades Avenue
Cliffside Park, NJ  07010


Ricardo Duarte
4 Vine Street
Englewood Cliffs, NJ  07632


Rico Foods Inc.
527 East 18th Street
Paterson, NJ  07514


Rojas International Corp.
PO Box 8073
Stamford, CT  06905


Roos Foods, Inc.
251 Roos Lane
Kenton, DE  19955

Sajoma Of Connecticut
387 Jennings Avenue
Bridgeport, CT  06610


Sarah Nicolosi & Sons
Box 2063, Oldsman Creek Road
Woolwich Township, NJ  08085


Schrier Brothers Inc./R3 Distribution
12765 Collections Center Drive
Chicago, IL  60693


Security Equipment
PO Box 1012
Union City, NJ  07087


Sirob Imports Inc.
21 Gear Avenue
Lindenhurst, NY  11757


Sunterra Produce Traders Inc.
40 Melinda Lane
Hewitt, NJ  07421


T&T Imports Inc.
571 Austin Place
Bronx, NY  10455


T.J. Meier & Associates Inc.
8540 Horseshoe Lane
Potomac, MD  20854


The Raymond-Hadley Corp.
89 Tompkins Street
Spencer, NY  14883

Torteilleria Chinantla Inc.
975 Grand Street
Brooklyn, NY  11211


Translatin SA
Ave. Primero De Mayo 1006 Y Santa Elena
Guayaquil, Equador,


Triunfo Foods Corp.
574 Ferry Street
Newark, NJ  07105


Tropical Cheese
450 Fayette Street
Perth Amboy, NJ  08862


USA Tropical Inc.
91-41 Lefferts Boulevard
Richmond Hill, NY  11418


Vasinee Food Corporation
333 N. Henry Street
Brooklyn, NY  11222


Verizon
PO Box 15124
Albany, NY  12212


Verizon Wireless
PO Box 408
Newark, NJ  07101


Wells Fargo
300 TriState International, Suite 400
Lincolnshire, IL  60069

Wholesale & Retail Workers Compensation
Trust Of New York C/O Safe LLC
620 Erie Boulevard
Syracuse, NY  13204


Wright Express
Fleet Services
PO Box 6293
Carol Stream, IL  60197

## United States Bankruptcy Court
## Southern District of New York

IN RE:                      Case No. ................................................

**Cuba Tropical Inc.** ..................................... Chapter **7** ............................

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **10,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **10,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       **0.00**

2.    The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.    The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 10, 2011**             _(signature)_
Date

**Neal M. Rosenbloom Esq.**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**
**(212) 221-5700 Fax: (212) 422-6836**
**nrosenbloom@gwflaw.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only