IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Case No. 11-10097-alg |
| CUBA TROPICAL INC., | CHAPTER 7 |
| Debtor. | Judge Allan L. Gropper |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Pursuant to Rule 2002 (g) and (i) of the Bankruptcy Rules and applicable Local Rules, Lili Ochoa, Inc. and Hemisphere Foods, LLC, creditors in the above entitled bankruptcy case, hereby request that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor, or any other party in the case, be sent to the address listed below, and that the following be added to the Court's Matrix/Master Mailing list:

Lawrence H. Meuers
Katy Koestner Esquivel
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL  34109-5932
Phone:  (239) 513-9191
Facsimile:  (239) 513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, application, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

Respectfully submitted on Monday, February 07, 2011.

**MEUERS LAW FIRM, P.L.**

/s/ Lawrence H. Meuers
Lawrence H. Meuers
*New York Bar No. 4521837*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
*Counsel for Lili Ochoa, Inc. and Hemisphere Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, February 07, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Lawrence H. Meuers
Lawrence H. Meuers

# SERVICE LIST
*In re: Cuba Tropical, Inc.*
*Case No. 11-10097-alg*

## Via CM/ECF

**Jil Mazer-Marino**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
(516) 741-6565
(516) 741-6706 (fax)
jmazermarino@msek.com
*Trustee*

**Neal M. Rosenbloom**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-301-6923
(212) 422-6836 (fax)
NRosenbloom@gwfglaw.com
*Counsel for Debtor*

## Via US Mail

Cuba Tropical Inc.
455 Claremont Parkway
Bronx, NY 10457

National Retirement Fund
333 Westchester Avenue
North Building - Second Floor
White Plains, NY 10604-2910

United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007-1701

Manhattan Division
One Bowling Green
New York, NY 10004-1408

458 1/2 South Broadway Meats
458 1/2 South Broadway
Yonkers, NY 10705

ABC Trading Inc.
1285 Hempstead Turnpike
Elmont, NY 11003

Action Carting
451 Frelinghuysen Avenue
Newark, NJ 07114

Agrosun
700 Whittier Street
Bronx, NY 10474

All Foods Inc. Distributors
519 Commack Road
Deer Park, NY 11729

Amaro Enterprises Corp.
2011 8th Street
North Bergen, NJ 07047

American Collection Bureau
1100 Main Street
Buffalo, NY 14209

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Ariza Cheese Co., Inc.
7602 Jackson Street
Paramount, CA 90723

Associated Produce LLC
350 Casanova Street
Bronx, NY 10474

Atlantic Tropical Market Inc.
729 Clinton Street
Hoboken, NJ 07030

Avaya Inc.
PO Box 5332
New York, NY 10087

Azteca Milling
Goldman Evans & Tramwell LLC
10323 Cross Creek Boulevard
Tampa, FL 33647

Banacol Marketing Corporation
355 Alhambra Circle, Suite 151
Coral Gables, FL 33134

Berkshire
301 Walnut Street
Yonkers, NY 10701

Bijol & Spices Inc.
2154 NW 22nd Ct.
Miami, FL 33142

Broadway Premium Funding
1747-22 Veterans Highway
Islandia, NY 11749

Broadway Time
64-06 Flushing Avenue
Maspeth, NY 11378

Brooks Tropicals
PO Box 900160
Homestead, FL 33090

Buffalo Provisions Co., Inc.
223 East 138th Street
Bronx, NY 10451

Cablevision
1111 Stewart Avenue
Bethpage, NY 11714

Cafe Bustelo
60 Page Road
Clifton, NJ 07012

CanJam Trading Limited
60 Payzant Avenue
Dartmouth, NS B3B 1Z6

Carribean Wholesale Cola Lacay
959 South Orange Avenue
East Orange, NJ 07018

Central Island Juice Corp.
C/O Wolf Haldenstein Adler Fre
270 Madison Avenue
New York, NY 10016

Chichi's Produce Imports, Inc.
540 Bryant Avenue
Bronx, NY 10470

Circus Fruit Wholesale
145 Hamilton Avenue
Brooklyn, NY 11231

Con Edison
JAF Station
PO Box 1702
New York, NY 10011

Condal Distributors Inc.
531 Dupont Street
Bronx, NY 10474

Cyn-Chris Imports
423-431 W. 203rd Street
New York, NY 10034

Delicias Andinas Food Corp.
57-50 Maspeth Avenue
Maspeth, NY 11378

Deluxe For Business
PO Box 88042
Chicago, IL 60680

Dinas Corp.
104-46 Dunkirk Street
Jamaica, NY 11412

Discos Pepe Corporation
415 63rd Street
West New York, NJ 07093

Dunbar
50 Schilling Road
Hunt Valley, MD 21031

Eagle Spice & Extract Co., Inc
910-912 Shepherd Avenue
Brooklyn, NY 11208

Eastern Sea Products Ltd.
6436 Quinpool Road
Halifax, NS B3L 1A8

Eat It Corp.
4002 2nd Avenue
Brooklyn, NY 11232

El Viajero Cheese
111 Leunig Street
South Hackensack, NJ 07606

Emma Foods
509 Cliff Street
Fairview, NJ 07022

Empire Blue Cross Blue Shield
PO Box 11744
Newark, NJ 07101

Experienced Exterminator LLC
PO Box 660554
Bronx, NY 10466

Export Meat Packers
PO Box 181
Bayonne, NJ 07002

FP Mailing
140 North Mitchell Court
Edison, IL 60101

Family Foods Distributors Inc.
969 Newark Turnpike, Unit D
Kearney, NJ 07032

Federal Express
PO Box 371461
Pittsburgh, PA 15250

Food Services RPG, Inc.
C/O M&F Insurance Agency
7724 Bergenline Avenue
North Bergen, NJ 07087

Future Foil
295 Governor Street
Paterson, NJ 07501

Genao Grocery
3829 N. 9th Street
Philadelphia, PA 19140

Good O Beverage Company
117-02 15th Avenue
College Point, NY 11356

Gostan Realty Corp.
432 Claremont Parkway
Bronx, NY 10457

Goya Foods Inc.
100 Seaview Drive
Secaucus, NJ 07094

Gurum Corp./Jay Global
1365 Lafayette Avenue
Bronx, NY 10474

Haran Print Media
Solutions
280 Madison Avenue
New York, NY 10016

Heinsen Products, Inc.
PO Box 955
Bronx, NY 10455

Hereiu Welfare Fund
711 N. Commons Drive
Aurora, IL 60504

Iberia Foods Corporation
1900 Linden Boulevard
Brooklyn, NY 11207

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201

Italian Specialties/Fancy
Food
Building 8-12
Hunts Point Coop Market
Bronx, NY 10474

J&C Tropicals
PO Box 770190
Miami, FL 33177

J. Esposito & Sons
1328 39th Street
Brooklyn, NY 11218

JJJ Distributors
230 Marshal Street
Elizabeth, NJ 07206

Justa Perez
50 64th Street
West New York, NJ 07093

La Centro Americana
Corp.
29 Redington Street
Bayshore, NY 11706

La Escondida Inc.
129 Lake Street
Newburgh, NY 12550

La Flor Spices
25 Hoffman Avenue
Hauppauge, NY 11789

Latin American Dist. Inc.
100 Crows Mill Road
Keasbey, NJ 08832

M&M Packaging Inc.
401 Pulaski Highway
Goshen, NY 10924

MIC Food Division
8701 SW 137th Avenue
Miami, FL 33138

Mayabeque Products Corp.
7424 Bergenline Avenue
North Bergen, NJ 07047

Mendon Truck Leasing
362 Kingsland Avenue
Brooklyn, NY 11222

Milan Provision Co., Inc.
108-15 Roosevelt Avenue
Corona, NY 11368

Morning Fresh Inc.
1312-A Randall Avenue
Bronx, NY 10474

N.A.C. Corp.
235-239 Commercial
Avenue
Palisades Park, NJ 07650

NYC Dept. Of Finance
Attn: Legal Affairs
345 Adams Street, 3rd
Floor
Brooklyn, NY 11201

NYS Dept. Of Taxation &
Financ
Bankruptcy/Special
Procedure
Bldg. 8, Harriman Campus
Albany, NY 12227

NYS Unemployment
Insurance Fun
P.O. Box 551
Albany, NY 12201

National Packing
77 South Hackensack
Avenue, Bl
Kearny, NJ 07032

National Packing
Corporation
538 Craven Street
Bronx, NY 10474

National Retirement Fund
333 Westchester Avenue
North Building - Second
Floor
White Plains, New York
10604-2910

National Retirement Fund -
Loc
6 Blackstone Valley Pl.,
Suite
Lincoln, RI 02865

Nelms Egg Depot
1144 Bronx River Avenue
Bronx, NY 10472

New York City Dept. Of
Finance
Taxpayer Identification
Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5807

Nico Mexican Foods Inc.
4115 W. Ogden Avenue
Chicago, IL 60623

Novamex/Tipp
Enterprises
500 W. Overland, Suite 300
El Paso, TX 79901

Office Products
5 W. Cross Street, Suite L
Hawthorne, NY 10532

Old Europe Cheese Inc.
1330 East Empire Avenue
Benton Harbor, MI 49022

Omar Duarte
231 Wood Turtle Run
Norwood, NJ 07650

Palenque Meat Provisions,
L.L.
56 Loretta Street
Hopelawn, NJ 08861

Panamerican Foods Corp.
183 Garfield Avenue
Kearny, NJ 07032

Plaut & Stern Select Food
Serv
355 Food Center Drive,
Buildin
Bronx, NY 10474

R&T Produce Inc.
571 Austin Place
Bronx,, NY 10455

R.S. Porter Co., Inc.
611 Palisades Avenue
Cliffside Park, NJ 07010

Ricardo Duarte
4 Vine Street
Englewood Cliffs, NJ 07632

Rico Foods Inc.
527 East 18th Street
Paterson, NJ 07514

Rojas International Corp.
PO Box 8073
Stamford, CT 06905

Roos Foods, Inc.
251 Roos Lane
Kenton, DE 19955

Sajoma Of Connecticut
387 Jennings Avenue
Bridgeport, CT 06610

Sarah Nicolosi & Sons
Box 2063, Oldsman Creek
Road
Woolwich Township, NJ
08085

Schrier Brothers Inc./R3
Distr
12765 Collections Center
Drive
Chicago, IL 60693

Security Equipment
PO Box 1012
Union City, NJ 07087

Sirob Imports Inc.
21 Gear Avenue
Lindenhurst, NY 11757

Sunterra Produce Traders
Inc.
40 Melinda Lane
Hewitt, NJ 07421

T&T Imports Inc.
571 Austin Place
Bronx, NY 10455

T.J. Meier & Associates Inc.
8540 Horseshoe Lane
Potomac, MD 20854

The Raymond-Hadley
Corp.
89 Tompkins Street
Spencer, NY 14883

Torteilleria Chinantla Inc.
975 Grand Street
Brooklyn, NY 11211

Translatin SA
Ave. Primero De Mayo
1006 Y Sa
Guayaquil, Equador,

Triunfo Foods Corp.
574 Ferry Street
Newark, NJ 07105

Tropical Cheese
450 Fayette Street
Perth Amboy, NJ 08862

USA Tropical Inc.
91-41 Lefferts Boulevard
Richmond Hill, NY 11418

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Vasinee Food Corporation
333 N. Henry Street
Brooklyn, NY 11222

Verizon
PO Box 15124
Albany, NY 12212

Verizon Wireless
PO Box 408
Newark, NJ 07101

Wells Fargo
300 TriState International,
Lincolnshire, IL 60069

Wholesale & Retail
Workers Comp. Trust Of
New York C/O Safe LLC
620 Erie Boulevard
Syracuse, NY 13204

Wright Express
Fleet Services
PO Box 6293
Carol Stream, IL 60197